

FILED

OCT 2 6 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )    CASE NO. 11CR02883-001-GT |
| v. | )    O R D E R |
| FIDEL VALLE-OLIVERA, | ) |
| Defendant. | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 28, 2011 is vacated and reset to December 20 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 10 - 26 - 11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jwq