

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDEL VALLE-OLIVERA,<br><br>    Defendant. | CASE NO. 11CR02883-001-GT<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 28, 2011 is vacated and reset to February 14, 2012 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12-9-11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jwq