JOSE GARZA BADILLO, STATE BAR NO. 213587
427 "C" STREET, SUITE 306
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)234-2439
FACSIMILE (619)231-1834

Attorney for Defendant
FIDEL VALLE-OLIVERA

FILED
APR 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11-CR-02883 |
| Plaintiff, | **ORDER** |
| vs. | |
| FIDEL VALLE-OLIVERA | Date: 4/27/2012 |
| Defendant | Time: 9:30 AM |
| | Dept: 8 |
| | Hon. Gordon Thompson Jr. |

On April 25, 2012, Defendant FIDEL VALLE-OLIVERA filed a Joint Motion to Continue the Sentencing Date.

The court hereby APPROVES the request and will reschedule the Sentencing to May 25, 2012 at 9:30 AM.

IT IS SO ORDERED.

DATED: 4-26-12

_____
HON. GORDON THOMPSON JR.
UNITED STATES DISTRICT JUDGE

- 1